JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
KATLYN M. BRADY
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
　　　　katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*ABM Industries Inc. and*
*Flowers Baking Co. of Henderson, LLC*
*d/b/a Flowers Foods*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAKINA JENKINS-NAUDAIN, an individual;<br><br>　　　　Plaintiff,<br>　v.<br><br>ABM INDUSTRIES INCORPORATED, a foreign corporation; FLOWERS BAKING CO. OF HENDERSON, LLC, d/b/a FLOWERS FOODS, a domestic limited-liability company; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-01826-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants ABM Industries Inc. and Flowers Baking Co. of Henderson, LLC, d/b/a Flowers Foods., by and through their attorneys, the law firm of Jackson Lewis P.C. (collectively "Defendants"), and Plaintiff Takina Jenkins-Naudain ("Plaintiff"), by and through their counsel, Gabroy Messer, hereby stipulate and agree to an extension of time for Defendants to answer Plaintiff's Complaint, which is currently due on November 7, 2022, up to and including December 5, 2022.

Good cause supports this request as the parties are currently discussing whether this matter should proceed through arbitration. Accordingly, the parties have agreed to extend the answering deadline to allow for further conversation regarding arbitration.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this ___ day of November, 2022.

| JACKSON LEWIS P.C. | GABROY | MESSER |
|---|---|
| */s/ Katlyn M. Brady* | */s/ Christian Gabroy* |
| KATLYN M. BRADY, ESQ. | CHRISTIAN GABROY, ESQ. |
| Nevada Bar No. 14173 | Nevada Bar No. 8805 |
| 300 S. Fourth Street, Ste. 900 | KAINE MESSER, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 14240 |
|  | 170 S. Green Valley Pkwy., Suite 280 |
| *Attorneys for Defendants* | Henderson, Nevada 89012 |
|  | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED

Dated:  November 8, 2022

_____
U.S. ~~District Judge~~/Magistrate Judge

2