JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KATLYN M. BRADY
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
         katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*ABM Industries Inc. and*
*Flowers Baking Co. of Henderson, LLC*
*d/b/a Flowers Foods*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAKINA JENKINS-NAUDAIN, an individual;<br><br>Plaintiff,<br>v.<br><br>ABM INDUSTRIES INCORPORATED, a foreign corporation; FLOWERS BAKING CO. OF HENDERSON, LLC, d/b/a FLOWERS FOODS, a domestic limited-liability company; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01826-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants ABM Industries Inc. and Flowers Baking Co. of Henderson, LLC, d/b/a Flowers Foods., by and through their attorneys, the law firm of Jackson Lewis P.C. (collectively "Defendants"), and Plaintiff Takina Jenkins-Naudain ("Plaintiff"), by and through their counsel, Gabroy Messer, hereby stipulate and agree to an extension of time for Defendants to answer Plaintiff's Complaint, which is currently due on December 5, 2022, up to and including January 31, 2022.

Good cause supports this request as the parties have recently provided their positions regarding arbitration and intend to have further discussions regarding this issue in an attempt to avoid motion practice.

Further, Defendants' counsel was recently out of the office for an extended period due to an illness and has only recently returned.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 5th day of December, 2022.

| JACKSON LEWIS P.C. | GABROY | MESSER |
|---|---|

/s/ Katlyn M. Brady
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KATLYN M. BRADY
Nevada Bar No. 14173
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

/s/ Christian Gabroy
CHRISTIAN GABROY, ESQ.
Nevada Bar No. 8805
KAINE MESSER, ESQ.
Nevada Bar No. 14240
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*

**ORDER**  **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED

Dated: December 6, 2022

_____
United States Magistrate Judge