# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAKINA JENKINS-NAUDAIN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ABM INDUSTRIES INCORPORATED, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01826-CDS-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 26] |

　　　　Pending before the Court is a joint discovery plan.  Docket No. 26.[1,2]

　　　　The discovery plan seeks special scheduling review because the parties engaged in motion practice earlier in the case, Docket No. 26 at 2, but that is a common occurrence in federal litigation and no meaningful explanation has been provided as to why that circumstance warrants extra time for discovery in this case.

　　　　Accordingly, the joint discovery plan is **DENIED** and deadlines are instead calculated pursuant to the default deadlines in the local rules.  Deadlines are hereby **SET** as follows:

- Amend pleadings/ add parties:  April 12, 2023
- Initial experts:  May 12, 2023
- Rebuttal experts:  June 12, 2023
- Discovery cutoff:  July 11, 2023
- Dispositive motions:  August 10, 2023

---

[1] The parties were required to file the discovery plan within 44 days of the defendant's first appearance.  *See* Local Rule 26-1(a).  Counsel failed to comply with that deadline.  Counsel are cautioned that they must strictly comply with all deadlines moving forward.

[2] Although afforded an opportunity to do so, *see* Docket No. 25, Defendants have not renewed their motion to stay discovery.  Hence, the circumstances are ripe for entering a scheduling order.

1

- Joint proposed pretrial order: September 8, 2023, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge