1

2

3                          **UNITED STATES DISTRICT COURT**

4                                **DISTRICT OF NEVADA**

5

6   TAKINA JENKINS-NAUDAIN,                          Case No. 2:22-cv-01826-CDS-NJK

            Plaintiff(s),
7                                                                  **Order**

    v.
8                                                            [Docket No. 29]

    ABM INDUSTRIES INCORPORATION, et
9   al.,

10          Defendant(s).

11          Pending before the Court is Defendants' motion to stay discovery pending resolution of

12  their motion to compel arbitration.  Docket No. 29.  Plaintiff filed a response in opposition.  Docket

13  No. 31.[1]  Defendants filed a reply.  Docket No. 32.

14          A stay pending resolution of a motion to compel arbitration is warranted when it is

15  potentially dispositive of the action, it can be decided without discovery, and there is a reasonable

16  possibility or probability that the district judge will compel arbitration.  *Arik v. Meyers*, 2020 WL

17  515843, at *1-2 (D. Nev. Jan. 31, 2020) (citing *Shaughnessy v. Credit Acceptance Corp. of Nev.*,

18  2007 WL 9728688, at *2-3 (D. Nev. Nov. 28, 2007).  Courts frequently stay discovery pending

19  resolution of a motion to compel arbitration.  *See, e.g.*, *Mahamedi IP Law, LLP v. Paradice & Li,*

20  *LLP*, 2017 WL 2727874, at *1 (N.D. Cal. Feb. 14, 2017) (collecting cases).  The circumstances

21  here justify such a stay.[2]

22

23          [1] Plaintiff devotes part of her brief to argue that the Court erred in noting earlier that the
    parties violated the deadline to file a discovery plan.  *See* Docket No. 31 at 2.  Plaintiff is wrong.
    A discovery plan is due within 44 days of the defendant's first appearance.  Local Rule 26-1(a).
24  Whether CM/ECF automatically generated some other date in an electronic notice is irrelevant;
    such a notice is not an "order" of the Court and is of no legal consequence.  Local Rule IC 3-1(d)
25  (making plain that the local rules trump a courtesy notice issued by CM/ECF as to the computation
    of deadlines).
26
            [2] Conducting the preliminary peek can put a magistrate judge in an awkward position and
27  is not intended to prejudice the outcome of the underlying motion.  *See Tradebay, LLC v. eBay,*
    *Inc.*, 278 F.R.D. 597, 603 (D. Nev. 2011).  As such, the Court will not provide a lengthy discussion
28  of the merits of the motion to compel arbitration.

1

      Accordingly, the motion to stay discovery is **GRANTED**.  In the event the motion to

2   compel arbitration is denied, the parties must file a proposed discovery plan or joint status report

3   within 14 days of the issuance of the order resolving that motion.

4         IT IS SO ORDERED.

5         Dated: March 27, 2023

6

7                              Nancy J. Koppe
                           United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28